Case # 22-CV-2152    *Primecare Mental Health
                      Department in the Jail.
6-3-22

# RESTRICTED HOUSING PERSONAL PROPERTY INVENTORY FORM

This form will be used to document Category #3 property of those inmates who are being moved to the Restricted Housing Unit or placed on Restricted Status in a general population module.

Inmate's Name: Toothman, Erik     BCCF#: 108776

Officer's Name Who Collects & Packs Property: Dowdy
                                               Print

Friday

Date & Time: 6/3  14:05     Module & Cell #: A-16

Name of RHU or GP Module Officer receiving property: _____
                                                      Print
Name of Officer Inventorying Property: _____
                                        Print
Name of Reception Officer accepting property for storage: _____
                                                           Print

| Quantity #3 Property | Description of Category #3 Property |
|---|---|
| 1 Pair | Reebok Sneakers |
|  | Jumper, Socks Underwear |
|  |  |
|  |  |
| Moved from B-29 cell to A-16 un 1 | Note * Placed on LvL 1 by Mental health for Not Answering Questions they had No Right or legal obligation to Ask - I was within my rights to Refuse. |
|  | - 6/4 placed on LvL-2 |
|  | - 6/5 (or 6/6?) LvL 3 Moved to H-2 |
|  | 800000 |
|  | * LvL - No hygene products - Green suicide Suit + Blanket/cover. No other Clothing. Finger Foods - No Phone Access No Shower. |
|  | * Verification of Activity - Gouss + Sgt A. Cruz |
|  |  |
|  |  |

Reissue Reception Officer Delivering Property: _____
                                                 Print
Signature of Inmate Receiving Property: _____

Revised 4/2000

Case # 22-CV-2152

# RESTRICTED HOUSING PERSONAL PROPERTY INVENTO[RY]

This from will be used to document Category #3 property of those inmates w[ho are] moved to the Restricted Housing Unit or placed on Restricted Status in a ge[neral] population module.

Inmate's Name: Toothman, Dean       BCCF#: 108776

Officer's Name Who Collects & Packs Property: Hodges
                                                Print

Date & Time: 4/18/22 @ 17:00       Module & Cell #: RHU 03

Name of RHU or GP Module Officer receiving property: _____
                                                       Print

Name of Officer Inventorying Property: _____
                                         Print

Name of Reception Officer accepting property for storage: _____
                                                            Print

| Quantity #3 Property | Description of Category #3 Property |
|---|---|
| | |
| | ☆ LULZ For hunger Strike to get the Subutex DR's Attention |
| | Friday moved to D-6 cell |
| | Reported eating MH Remand held LUL |
| | Disp. held LULZ for 10 more days |
| | No Shower No hygene No Phone |
| | No envelopes paper. Finger food |
| | |
| | |
| | witness? |
| | ☆ Lt Brow, Lt Clayton |
| | Sgt A. Cruz. |
| | |
| | |

Reissue Reception Officer Delivering Property: _____
                                                  Print

Signature of Inmate Receiving Property: _____

Revised 4/2000

